IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

#268085

Marcus Dewayne Weaver ) 
Full name and prison name of ) 
Plaintiff(s) )
 )
v. )
 )
Kharla Jones, Warden )
Kenneth Sconyers, Assist. Warden )
Sherry A. Lightner, Classification )
Larry Anglin, Classification )
Willie Bryant, Captain )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

RECEIVED
2014 JAN -2 P 1:53

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 2:14-cv-08-TMH
(To be supplied by Clerk of U.S. District Court)

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐   NO ☒

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2.  Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Institution 41 Easterling Correctional Facility 200 Wallace Dr. Clio, AL 36017

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling Correctional Facility 200 Wallace Dr. Clio, AL 36017

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Karla Jones Warden, 200 Wallace Dr. Clio, AL 36017

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED August 2013 thru present and still going on.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I am being held in segregation without any disciplinary action, and no

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

enemies. I've been in segregation for 18 months for violation of institutional rules. I completed all required time, seg time and closed custody time. CRB approved transfer but Warden Jones will not transfer me.

GROUND TWO: Tampering with my legal mail.

SUPPORTING FACTS: I told Warden Tharla Jones in numerous letters (still have) that I was going to file a law suit, since then all of my legal mail has been in some form tampered with. Still have the mail as evidence.

GROUND THREE: Being denied an education and programs to help better myself.

SUPPORTING FACTS: I asked Warden Tharla Jones at Segragation Review Board if I could take a GED test and get crime bill and she said, "as long as your in my seg unit you can't take nothing."

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

All I want is to be transfered to a Facility Where I Can get my GED, get some programs and Complete a trade.

Marcus W. Weaver #268085
Signature of plaintiff(s)

~~I declare under penalty of perjury that the foregoing is true and correct.~~

Executed on  12-26-13
(Date)

Marcus W. Weaver #268085
Signature of plaintiff(s)

Marcus D. Weaver
#268085 B2-33A E.C.F.
200 Wallace Drive
Clio, AL 36017



MONTGOMERY AL 360

27 DEC 2013 PM 2 L

U.S. District Co
Middle Distric
P.O. Box 711
Montgomery, AL
36⍰

36101071111